IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTHONY IDOL,

      Appellant,

  v.

Case No.  5D21-2086
LT Case No. 2020-CC-001473

BRIGHTON LAKES COMMUNITY
ASSN., INC.,

      Appellee.
_____/

Decision filed June 7, 2022

Appeal from the County Court
for Osceola County,
Christine E. Arendas, Judge.

Celi S. Aguilar, of CSA Law Firm,
Miami, for Appellant.

Gregory S. Grossman, of Frazier
& Bowles, PLLC, Tampa, for
Appellee.


PER CURIAM.

    AFFIRMED.


EVANDER, TRAVER and WOZNIAK, JJ., concur.